IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 19 C 1217 |
| VIRIDIAN ENTERPRISES, INC., an Illinois corporation, | ) ) ) | JUDGE THOMAS M. DURKIN |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, VIRIDIAN ENTERPRISES, INC., an Illinois corporation, in the total amount of $79,318.47, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $5,925.25.

On February 26, 2019, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Marco Reyes, Employee) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 19, 2019. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Viridian Enterprises\#28428\motion for default and judgment.cmc.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>17th</u> day of <u>October 2019</u>:

       Mr. Ernest Estela, President
       Viridian Enterprises, Inc.
       3810 West Addison Street
       Chicago, IL   60618-5010


       /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: <u>cchapman@baumsigman.com</u>

I:\FVLJ\Viridian Enterprises\#28428\motion for default and judgment.cmc.df.wpd